**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**DERRICK HAMILTON,**

        **Plaintiff,**

    v.                                      9:10-CV-1066
                                                        (MAD/RFT)

**JOSEPH T. SMITH,** *et. al.*,

        **Defendants.**

---

**APPEARANCES:**                                     **OF COUNSEL:**

DERRICK HAMILTON
175 Diamond Street
New Haven, CT 06515
*Plaintiff, Pro Se*

HON. ERIC T. SCHNEIDERMAN         CATHY Y. SHEEHAN, ESQ.
Attorney General of the State of New York     Assistant Attorney General
The Capitol
Albany, NY 12224
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 23rd day of May 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    **ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The defendant's motion for summary judgment and dismissal of plaintiff's complaint is granted.

3.  The Clerk is directed to close the case and enter judgment accordingly.

4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: June 18, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge